FILED
2016 AUG -9 AM 11: 36
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:16 CR 255 |
| v. | ) | |
| | ) | CASE NO. _____ |
| TIMOTHY J. BRUMBAUGH, | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | 21 U.S.C. § 841(b)(1)(D) |

JUDGE ADAMS

MAG. JUDGE BURKE

COUNT 1

The United States Attorney charges:

Beginning at least as early as in or about approximately 2012, and continuing until February 4, 2013, in the Northern District of Ohio, Eastern Division, and elsewhere, TIMOTHY J. BRUMBAUGH, the defendant herein, and diverse others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and to possess with the intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

It was part of the conspiracy that on multiple occasions TIMOTHY J. BRUMBAUGH obtained "high-grade" marijuana from a local supplier and distributed it to persons within the Northern District of Ohio.

All in violation of Title 21, United States Code, Section 846.

                              CAROLE S. RENDON
                              United States Attorney

By: *[signature]*
                              ROBERT E. BULFORD
                              Attorney in Charge, Criminal Division
                              Akron Branch Office